UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN PAGE,<br>Plaintiff,<br>v.<br>COUNTY OF SACRAMENTO, et al.,<br>Defendants. | No. 2:25-cv-1706 DJC AC PS<br><br><u>ORDER</u> |

On June 17, 2025, plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On August 7, 2025, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute. ECF No. 3. Plaintiff filed a First Amended Complaint on October 2, 2025. ECF No. 5. The undersigned issued Findings and Recommendations that the First Amended Complaint be dismissed. ECF No. 6. Plaintiff filed objections. ECF No. 7. The District Judge adopted the Findings and Recommendations in part, giving plaintiff an opportunity to file an amended complaint based on the objections he filed. ECF No. 8. Plaintiff's Second Amended Complaint was due July 27, 2026. ECF No. 8. Plaintiff did not file an Amended Complaint.

IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, no later than August 21, 2026, why the failure to file an amended complaint should not result in a

recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: July 30, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE